M. P. No. 76-113. ROBERT E. LIGUORI *et al. v.* THE AETNA CAS-
UALTY & SURETY Co. Petition for writ of certiorari is granted,
and the parties are directed to brief and argue the question,
among other questions presented, of whether the Director of
the Department of Business Regulation, Robert E. Liguori, is
a proper party to this petition. See *Hassell* v. *Zoning Bd. of
E. Providence,* 108 R. I. 349, 275 A.2d 646 (1971) and *Buffi* v.
*Ferri,* 106 R. I. 349, 259 A.2d 847 (1969). *John H. Hines, Jr.,
William T. Murphy,* for petitioners. *Hinckley, Allen, Salisbury
& Parsons, Robert W. Lovegreen,* for respondent.

M. P. No. 76-117. EVERETT A. DAVIS *v.* RHODE ISLAND BOARD
OF REGENTS FOR EDUCATION *et al.* Petition for writ of certiorari
denied without prejudice. *Natale L. Urso, Barry N. Capalbo,* for
petitioner. *Swan, Keeney, Jenckes and Asquith, Harry W. As-
quith, Edward W. Moses,* for respondents.